Melanie Ann Shaw #58356
*(full name/prisoner number)*
SICI - PRC
P.O. Box 8509
Boise Id 83707
*(complete mailing address)*

amendment

U.S. COURTS
AUG 0 9 2013
Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Melanie Ann Shaw,
*(full name)*

Plaintiff,

v.

Corizon Medical &
PA Tokagi

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:13-cv-00069-CWD
*(to be assigned by Court)*

PRISONER COMPLAINT

Jury Trial Requested: ✓ Yes ___ No

---

A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply)*:

    **X**    42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
    ____    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
    ____    Other federal statute *(specify)* _____; or diversity of citizenship.
    ____    I also ask the federal court to exercise supplemental jurisdiction over state law claims.

B. PLAINTIFF

My name is **Melanie Ann Shaw** I am a citizen of the State of **Idaho**, presently residing at **SICI-PRC P.O. Box 8509 Boise Id 83707**.

C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Corizon Medical**, who was acting as **contract medical**
   (defendant)                              (job title, if a person; function, if an entity)

for the **Idaho dept of Corrections**.
(state, county, city, federal government, or private entity performing a public function)

2. (Factual Basis of Claim) I am complaining that on **Aug 30th 2012**, Defendant did
                                                        (dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
I developed a lg blister on the bottom of right foot that I went to medical about. They treated it with bacitracin ointment a couple times that week. The blister wasn't healing and turned into an ulcerated sore. August 30th 2012 I was seen by PA Michael Takagi and he ordered me crutches and to be on a bottom bunk. They were full aware of the seriousness of my medical issue. At pill call that night I asked nurse Sarah Zepata where my bottom bunk memo was. She said it was in my file and was not implemented as of that date. pg 2 →

3. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
eighth amendment, cruel and unusual punishment through deliberate indifference.

4. I allege that I suffered the following injury or damages as a result:
fell back injured head and shoulder. Transported to emergency room at St. Als. Injuries still apparent and ongoing, headaches, dizzyness, falling, vertigo symptoms ptsd symptoms

PRISONER CIVIL RIGHTS COMPLAINT - page ___                              Revised 11/12/09



It was when I was getting on the top bunk on the morning of Aug 31, 2012 at approx 7:30 a.m that the chair I was using slipped over and I fell backwards hitting the back of my head on metal frame of opposite bunk. Medical was very aware of my medical issues with my foot and being on crutches but decided not to act on it putting me in very risky situation which caused me physical & emotional harm. I was transported to St. Al's hospital in the emergency room where I was tested for any serious head and neck injuries. I was also given 5 staples to my head for the laceration I received. I also had very big bruises on my shoulder and on the side of my head. When I was released & went back to SBWCC where it happened I then was given a memo for the bottom bunk. I have continuing headaches-dizzyness-vertigo symptoms ptsd symptoms. I feel that no grievance process would have taken care of this awful accident. Had I been on the bottom bunk when ordered



this could of been avoided.
According to Esterle vs Gamble deliberate indifference is prohibited in penal institution.
Also: Factors that should guide the analysis include but are not limited to: Whether a reasonable dr or patient would perceive the medical need in question as important and worthy of comment or treatment whether the medical condition significantly affects daily activities and the existence of chronic and substantiated pain    Brock-v-Wright  315 F.3d 158, 162 (2d. Cir 2003). I can't walk alot because I can't balance very well. I'm scared now to be on upper bunk. I had to get a permanent memo for bottom bunk. I feel I was not properly taken care of I was put in harms way. I feel this claim is validated

thank-you

5. I seek the following relief: $500,000 for my pain and suffering

6. I am suing Defendant in his/her __ personal capacity *(money damages from Defendant personally)*, and/or X official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or X Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. X Yes ___ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. they were not exhausted due to time frame was not I missed filing in time I feel its not admissible or part of my claim.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. §_1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do X do not ___ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I do not have funds

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

PRISONER COMPLAINT - p. 3 (Rev. 10/24/2011)

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 2-7-13 *(date)*; OR *(specify other method)* _____.

Executed at  S BW CC  on 2-2-13  amended
 (Location)   (Date)

Melanie Ann Shaw
*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach *original* exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

*PRISONER COMPLAINT - p. 4* *(Rev. 10/24/2011)*